UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

United States of America,

       Plaintiff,

v.                             **ORDER**
                             CR: 05-262 (MJD/SRN)

(1) Steven Patrick Koenen,

       Defendant.
_____

Michelle E. Jones, Assistant United States Attorney, on behalf of Plaintiff.

Andrew H. Mohring, First Assistant Federal Defender, on behalf of Defendant.
_____

     Due to a conflict in the Court's schedule, **IT IS HEREBY ORDERED** that the evidentiary hearing scheduled for Monday, July 17, 2006 at 9:00 a.m. will now begin at 10:30 a.m.  All parties are ordered to be in attendance at that time.


Dated:  _July 14, 2006                          _s/Michael J. Davis_____
                                                    Judge Michael J. Davis
                                                    United States District Court